13 FEB 26 AM 9:59

DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA & CHLOE, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHTON COLLECTIBLES, INC., a California Corporation,<br><br>Defendant. | CASE NO. 12cv2472-AJB(KSC)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On February 25, 2013, the Court convened an Early Neutral Evaluation Conference in this action. The case did not settle. The court discussed compliance with Federal Rule of Civil Procedure 26, and now **ORDERS:**

1. Counsel shall appear **telephonically** on **April 15, 2013** at **2:30 pm** before Magistrate Judge Crawford for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

2. The Rule 26(f) conference shall be completed on or before **March 20, 2013**.

3. A Joint Discovery Plan shall be lodged with Magistrate Judge Crawford

on or before **April 1, 2013**. (The date and time for the CMC should be included in the caption of the Joint Discovery Plan.)

4. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before **April 5, 2013**.

Plaintiff's counsel shall serve a copy of this order on all parties that enter the case from this point forward. Each responsible attorney of record and all parties representing themselves shall participate in the conference. Represented parties need not participate.

Failure of any counsel or party to comply with this order will result in sanctions.

**IT IS SO ORDERED.**

Date: February 26, 2013

KAREN S. CRAWFORD
United States Magistrate Judge