WINTON LAW CORPORATION
Steven W. Winton (State Bar No. 114425)
  swwinton@wintonlawcorp.com
11440 West Bernardo Court, Suite 214
San Diego, California 92127
Telephone: (858) 385-0600
Facsimile: (858) 385-9389

BROWNE GEORGE ROSS LLP
Peter W. Ross (State Bar No. 109741)
  pross@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

LAW OFFICES OF GARY FREEDMAN
Gary Freedman (State Bar No. 49922)
1149 Third Street, Suite 200
Santa Monica, California 90403
Telephone: (310) 576-2444
Facsimile: (310) 576-2440

Attorneys for Defendant Brighton
Collectibles, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA & CHLOE, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>BRIGHTON COLLECTIBLES, LLC, a Delaware limited liability company,<br><br>            Defendant. | Case No. 12-CV-2472 AJB KSC<br><br>The Hon. Anthony J. Battaglia<br><br>**DECLARATION OF VICENTE AGOR IN SUPPORT OF DEFENDANT BRIGHTON COLLECTIBLES, LLC'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing Date:  June 26, 2014<br>Hearing Time:  2:00 p.m.<br>Hearing Location:  Courtroom 3B |

429120.1

12-CV-2472 AJB KSC

DECLARATION OF VICENTE AGOR IN SUPPORT OF BRIGHTON'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

# DECLARATION OF VICENTE AGOR

I, Vicente Agor, declare as follows:

1. I am a professional jewelry designer. Since 2004, I have continuously marketed and sold my jewelry under the Vicente Agor brand name and on the website www.vicenteagor.com.

2. In 2005, I designed and began selling a collection of jewelry that I labeled the Moroccan Garden collection. Appended hereto as Exhibit 1 is a true and correct copy of the "look book" for that collection.

3. Appended hereto as Exhibit 2 are press clippings featuring my jewelry. I personally collected and maintained these clippings, which are also featured on my website. The name and date on each page accurately identifies the name and date of the corresponding publication.

Executed this 20th day of March, 2014, at San Francisco , California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Vicente Agor

4291261                                    12-CV-2472 AJB KSC

DECLARATION OF VICENTE AGOR IN SUPPORT OF BRIGHTON'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION

# EXHIBIT 1





ste_220_lg
2.5", 18kt,
large hoop skirt
earring

ste_220_sm
1.75", 18kt,
sm. hoop skirt
earring

ste_220_md
2", 18kt,
medium hoop
skirt earring

ste_221
2.5", 18kt,
sparrow hoop
earring

stb_01
18kt, cutout Leaf
cuff

stn_11
22"n, 18kt, mini window
necklace

ste_224
2.5", 18kt,
moroccan oval
hoop earring

tge_12_md
2", 18kt,
medium scroll
earring

ste_225
2.5", 18kt,
bird tapestry
earring

tge_12_lg
2.5", 18kt,
large scroll
hoop earring

ste_222
2.5", 18kt,
lantern globe
earring

tge_12_sm
1.75", 18kt,
small scroll
earring

ste_226
2.5", 18kt,
lantern earring

stn_46
36"n, 18kt, water drop necklace



moroccan garden

VICENTE AGOR



stn__80
20"n; 2" drop, 18kt,
peridot, lemon quartz
necklace



stn__15__wq
19"n; 2" drop, 18kt, whiskey quartz
carved flower necklace
also available
stn__15__am
19"n; 2" drop, 18kt, amethyst
carved flower necklace
stn__15__ct
19"n; 2" drop, 18kt, citrine carved
flower necklace



stn__80
21"n; 2" drop, 18kt, lav-
ender amethyst,
smoky quartz necklace



stn__16__am
17"n; 3.5" drop, 18kt, moroccan
carved amethyst flower necklace
also available
stn__16__wq
17"n; 3.5" drop, 18kt, moroccan
carved whiskey quartz flower
necklace
stn__16__ct
17"n; 3.5" drop, 18kt, moroccan
carved citrine flower necklace



from center outward:
stn__44
17"- 21"n, 18kt, multi window charm
necklace
stn__43
22"n, 18kt, elixir necklace
stn__02
24"n, 18kt, medium medina necklace
stn__04
36"n, 18kt, moroccan garden necklace     4



VICENTE AGOR



stn_03
17"n; 5.5" drop, 18kt,
white topaz necklace

stn_02
17"n; 2.5" drop, 18kt,
necklace

stn_47
17"n; 3.25" drop, 18kt,
fountain splash necklace

stn_48
17"n; 1.5" drop, 18kt, mini
fountain splash necklace



stn__01
17"n, 3.25" drop, 18kt, necklace



stn__50
17"n, 1.5" drop, 18kt, necklace



VICENTE AGOR



stn__45
17"n, 3.25" drop, 18kt, marrakesh concentric necklace



stn__49
17"n, 1.5" drop, 18kt, small marrakesh concentric necklace



ste_04_sm
1.75", 18kt,
sm. moroccan
garden earring



ste_04_md
2", 18kt,
med. moroccan
garden earring



ste_04_lg
2.5", 18kt,
lg. moroccan
garden earring



ste_01
3.25", 18kt,
concentric
earring



ste_19_sm
1.75", 18kt, small
marrakesh hoop



ste_19_md
2", 18kt, medium
marrakesh hoop



ste_19_lg
2.5", 18kt, large
marrakesh hoop



ste_16
1.75", 18kt,
marrakesh
concentric ear-
ring



ste_07_sm
1.75", 18kt,
moroccan
garden hoop



ste_07_md
2", 18kt,
moroccan
garden hoop



ste_07_lg
2.5", 18kt,
moroccan
garden hoop



ste_46
1.75", 18kt,
riad concentric
earring



ste_29_sm
1.75", 18kt, small
fountain splash
hoop



ste_29_md
2.5", 18kt, medium
fountain splash
hoop



ste_29_lg
2.5", 18kt, large
fountain splash
hoop



ste_26
1.75", 18kt, fountain
splash ripple
earring



ste__10__g
1"; 18kt, post
marrakesh gold
flower earring

ste__10__crc
1"; 18kt, post
marrakesh
carved rock
crystal flower
earring

ste__10__ct
1"; 18kt, post
marrakesh
carved citrine
flower earring

ste__10__am
1"; 18kt, post
marrakesh
carved ame-
thyst flower ear-
ring

ste__10__wq
1"; 18kt, post
marrakesh
carved whiskey
quartz flower
earring

ste__14
1.5"; 18kt, post
double
marrakesh
earring

ste__15__g
2"; 18kt,
marrakesh
gold flower
earring

ste__15__crc
2"; 18kt,
marrakesh
carved rock
crystal flower
earring

ste__15__ct
2"; 18kt,
marrakesh
carved citrine
flower earring

ste__15__am
2"; 18kt,
marrakesh
carved ame-
thyst flower ear-
ring

ste__15__wq
2"; 18kt,
marrakesh
carved whiskey
quartz flower
earring

ste__12__g
2.25"; 18kt,
marrakesh gold
flower earring

ste__12__crc
2.25"; 18kt,
marrakesh
carved rock
crystal flower
earring

ste__12__ct
2.25"; 18kt,
marrakesh
carved citrine
flower earring

ste__12__am
2.25"; 18kt,
marrakesh
carved ame-
thyst flower
earring

ste__12__wq
2.25"; 18kt,
marrakesh
carved whiskey
quartz flower
earring

ste__12
2"; 18kt,
double
marrakesh
earring

ste__13
2.5"; 18kt,
triple
marrakesh
earring

ste__18
2.75"; 18kt,
triple mix
marrakesh
earring

ste__17
3"; 18kt,
tiered
marrakesh
earring

ste__20__g
1"; 18kt,
fountain splash
gold flower
post earring

ste__20__crc
1"; 18kt,
fountain splash
carved rock
crystal flower
post earring

ste__20__ct
1"; 18kt,
fountain splash
carved citrine
flower post
earring

ste__20__am
1"; 18kt,
fountain splash
carved ame-
thyst flower
post earring

ste__20__wq
1"; 18kt,
fountain splash
carved whiskey
quartz flower
post earring

ste__24
1.5"; 18kt, post
double fountain
splash earring

ste__25__g
2"; 18kt,
fountain splash
gold flower
earring

ste__25__crc
2"; 18kt,
fountain splash
carved rock
crystal flower
earring

ste__25__ct
2"; 18kt,
fountain splash
carved citrine
flower earring

ste__25__am
2"; 18kt,
fountain splash
carved ame-
thyst flower ear-
ring

ste__25__wq
2"; 18kt,
fountain splash
carved whiskey
quartz flower
earring

ste__22__g
2.25"; 18kt,
fountain splash
gold flower
g earring

ste__22__crc
2.25"; 18kt,
fountain splash
carved rock
crystal flower
earring

ste__22__ct
2.25"; 18kt,
fountain splash
carved citrine
flower earring

ste__22__am
2.25"; 18kt,
fountain splash
carved ame-
thyst flower ear-
ring

ste__22__wq
2.25"; 18kt,
fountain splash
carved whiskey
quartz flower
earring

ste__22
2"; 18kt,
double fountain
splash earring

ste__23__no
2.5"; 18kt,
triple fountain
splash earring

ste__28
2.75"; 18kt,
triple mix fountain
splash earring

ste__27
3"; 18kt,
tiered fountain
splash earring



ste_40_g
1", 18kt,
riad post gold
flower earring

ste_40_crc
1", 18kt,
riad post
carved rock
crystal flower
earring

ste_40_ct
1", 18kt,
riad post
carved citrine
flower earring

ste_40_am
1", 18kt,
riad post
carved ame-
thyst flower ear-
ring

ste_40_wq
1", 18kt,
riad post
carved whiskey
quartz flower
earring

ste_44
1.75"; 18kt,
double riad
post earring

ste_45_g
2", 18kt,
riad gold flower
earring

ste_45_crc
2", 18kt,
riad carved
rock crystal
flower earring

ste_45_ct
2", 18kt,
riad carved
citrine flower
earring

ste_45_am
2", 18kt,
riad carved
amethyst flower
earring

ste_45_wq
2", 18kt,
riad carved
whiskey quartz
flower earring

ste_42_g
2.25", 18kt,
riad gold flower
earring

ste_42_crc
2.25", 18kt,
riad carved
rock crystal
flower earring

ste_42_ct
2.25"; 18kt,
riad carved
citrine flower
earring

ste_42_am
2.25"; 18kt,
riad carved
amethyst flower
earring

ste_42_wq
2.25"; 18kt,
riad carved
whiskey quartz
flower earring

ste_42
2", 18kt,
double riad
earring

ste_43
2.5"; 18kt,
triple riad
earring

ste_48
2.75"; 18kt,
triple mix riad
earring

ste_47
3"; 18kt,
tiered riad
earring

ste_30_g
1", 18kt,
maroc gold
flower post
earring

ste_30_crc
1", 18kt,
maroc carved
rock crystal
flower post
earring

ste_30_ct
1", 18kt,
maroc carved
citrine flower
post earring

ste_30_am
1", 18kt,
maroc carved
amethyst flower
post earring

ste_30_wq
1", 18kt,
maroc carved
whiskey quartz
flower post
earring

ste_34
1.5"; 18kt, post
double maroc
earring

ste_35_g
1.75"; 18kt,
maroc gold
flower earring

ste_35_crc
1.75"; 18kt,
maroc carved
rock crystal
flower earring

ste_35_ct
1.75"; 18kt,
maroc carved
citrine flower
earring

ste_35_am
1.75"; 18kt,
maroc carved
amethyst flow-
er earring

ste_35_wq
1.75"; 18kt,
maroc carved
whiskey quartz
flower earring

ste_32_g
2", 18kt,
maroc gold
flower earring

ste_32_crc
2", 18kt,
maroc carved
rock crystal
flower earring

ste_32_ct
2", 18kt,
maroc carved
citrine flower
earring

ste_32_am
2", 18kt,
maroc carved
amethyst flow-
er earring

ste_32_wq
2", 18kt,
maroc carved
whiskey quartz
flower earring

ste_32
1.75"; 18kt,
double fountain
splash earring

ste_33
2", 18kt,
triple maroc
earring

ste_38
2.25"; 18kt,
triple mix
maroc earring

ste_37
2.5"; 18kt,
tiered maroc
earring

10



VICENTE AGOR



ste_5I
2.5"; 18kt,
multi mix
earring

ste_5I_g
2.75"; 18kt,
multi mix
gold flower
earring

ste_5I_crc
2.75"; 18kt,
multi mix
rock crystal
flower
earring

ste_5I_ct
2.75"; 18kt,
multi mix
citrine flow-
er
earring

ste_5I_am
2.75"; 18kt,
multi mix
amethyst
flower
earring

ste_5I_wq
2.75"; 18kt,
multi mix
whiskey quartz
flower
earring

ste_50
4.25"; 18kt,
multi mix
long ear-
ring

ste_50_g
4.75"; 18kt,
multi mix
long gold
flower
earring

ste_50_crc
4.75"; 18kt,
multi mix long
rock crystal
flower
earring

ste_50_ct
4.75"; 18kt,
multi mix
long citrine
flower
earring

ste_50_am
4.75"; 18kt,
multi mix long
amethyst
flower
earring

ste_50_wq
4.75"; 18kt,
multi mix long
whiskey quartz
flower
earring

ste_52
2.5"; 18kt,
multi window
earring

ste_52_g
2.75"; 18kt,
multi window
gold flower
earring

ste_52_crc
2.75"; 18kt,
multi window
carved rock
crystal flow-
er earring

ste_52_ct
2.75"; 18kt,
multi window
citrine
flower
earring

ste_52_am
2.75"; 18kt,
multi window
amethyst
flower ear-
ring

ste_52_wq
2.75"; 18kt,
multi window
whiskey
quartz flower
earring

ste_53
2.65"; 18kt,
tiered window
earring

ste_53_g
3"; 18kt,
tiered window
gold flower
earring

ste_53_crc
3"; 18kt,
tiered window
carved rock
crystal flow-
er earring

ste_53_ct
3"; 18kt,
tiered window
citrine flower
earring

ste_53_am
3"; 18kt,
tiered window
amethyst flow-
er earring

ste_53_wq
3"; 18kt,
tiered window
whiskey
quartz flower
earring

ste_54
2"; 18kt, triple
window earring

ste_55
1.75"; 18kt, triple
maroc earring

ste_57_crc
2.75"; 18kt, marrakesh
chandelier carved rock
crystal earring

ste_57_ct
2.75"; 18kt, marrakesh
chandelier citrine earring

ste_57_am
2.75"; 18kt, marrakesh
chandelier amethyst
earring

ste_57_wq
2.75"; 18kt, marrakesh
chandelier whiskey quartz
earring

ste_56
3.75"; 18kt, salaam
chandelier earring

12







ste__05__sm__gfl
1.5", 18kt,
moroccan gar-
den gold flower
earring

ste__05__sm__fcrc
1.75", 18kt, moroccan
garden carved
rock crystal flow-
er earring

ste__05__sm__fct
1.75", 18kt, moroccan
garden carved
citrine flower
earring

ste__05__sm__fam
1.75", 18kt, moroccan
garden carved
amethyst flower
earring

ste__05__sm__fwq
1.75", 18kt, moroccan
garden carved
whiskey quartz
flower earring







ste__05__lg__gfl
3.5", 18kt
moroccan gar-
den gold flower

ste__05__lg__fcrc
3.5", 18kt,
moroccan gar-
den carved rock
crystal flower

ste__05__lg__fct
3.5", 18kt,
moroccan gar-
den carved
citrine flower

ste__05__lg__fam
3.5", 18kt,
moroccan gar-
den carved
amethyst flower

ste__05__lg__fwq
3.5", 18kt,
moroccan gar-
den carved
whiskey quartz
flower earring






ste__06__lg__fcrc
3.5", 18kt, moroccan
garden carved rock
crystal flower, gold
flower

ste__06__lg__fct
3.5", 18kt, moroccan
garden carved citrine
flower, gold flower

ste__06__lg__fam
3.5", 18kt, moroccan
garden carved ame-
thyst flower, gold flow-
er

ste__06__lg__fwq
3.5", 18kt, moroccan
garden carved whis-
key quartz flower,
gold flower








ste__03
.75", 18kt,
double dove
post earring

ste__02__g
.75", 18kt, tear-
drop dove post
earring

ste__02__gp
.75", 18kt,
pyramid drop,
dove post
earring

ste__02__g/l
.75", 18kt, flower,
dove post
earring

ste__54__crc
1.75", 18kt,
carved rock
crystal flower
earring

ste__54__ct
1.75", 18kt,
carved citrine
flower earring

ste__54__am
1.75", 18kt,
carved ame-
thyst flower ear-
ring

ste__54__wq
1.75", 18kt,
carved whiskey
quartz flower
earring





V I C E N T E   A G O R

18 Karat gold, precious and semi-precious stones

Vicente Agor
415.863.1770
415.863.1773(f)
info@vicenteagor.com
vicenteagor.com

Press Inquiries:
Ruby Press
Melissa Davis
510.540.0200
melissa@rubyprr.com

Photography Richard Tauber and John Bagley, SF
Art Direction and Design Mike Pfeffer, SF
Hair and Makeup Patricia Molino, SF
Model Leah at Look Agency, SF

# the silhouette
by vicente agor



the silhouette by vicente agor gives you the opportunity to immortalize a loved one in precious 18kt gold. imagine an image of yourself, a child, a significant other, or even a pet, transformed into a unique and one of a kind treasured heirloom.

from a photograph you provide, we illustrate a silhouette of your loved one. the illustration is then used to create your unique and gorgeous piece of jewelry. each piece is individually hand crafted and takes approximately four to six weeks to complete.



EXHIBIT 2



• marie claire • february 2006

close window



• san francisco • march 2006

close window



## what's hot

### SAN FRANCISCO

# Vicente Agor

San Francisco-based designer Vicente Agor's collection of hand-wrought 18k gold jewelry is perfect for a season full of '60s-inspired leggings and oversize sweaters. Agor's signature glistening look came about accidentally when an assistant polished an earring that was supposed to be matte. And the former stockbroker's luminous line of Maroccan-mod jewelry was born ($350 to $9,500). *vicenteagor*.com.  GEORGE KOTSIOPULOS

• c california style • november 2006

close window



# trends&colours 2006

blue

6 Vicente Agor onyx necklace with "Moroccan Garden" pendant.

6

Blue sky, blue book, blue mountains, blueprint, blue plate special, blue bayou, blue ribbon, blue streak, blue collar, blue jay, Bluebeard, blueberry, blue blood, blue cheese, blue bloom

• couture international jewelry trends & colours 2006 • 2006

close window

## Personal Statement

With leggings enjoying a comeback, it's only a matter of time before those "Jennifer ♡ James" nameplate necklaces (à la Carrie Bradshaw) show up again. Take a subtler approach toward proclaiming your love for your spouse with an elegant **Vicente Agor** silhouette pendant instead. Provide a photo of your loved one's profile (pets and children also welcome), and it will be transformed by hand into a one-of-a-kind 18k gold piece. So lovely and understated, even Big would approve. *$1,100 for the pendant or $1,280 with a 16" chain; Vicenteagor.com to order*



• inside weddings • winter 2006

close window



A choker-length necklace with a geometric pendant is just substantial and modern enough to balance a full dress or jacket. **VINCENT AGOR**, San Francisco; (415) 863-1779.

## Gold Goes Bold for Holiday 2006

There has never been anything understated about gold. Kingdoms were lost for it, civilizations were slaughtered for it and the freedom and fashionable elite always bedecked themselves with it. Why should holiday 2006 be any different?

• jck style • fall/winter 2007

close window



Multi-window carved rock crystal
earrings, $950, by Vicente Agor;
612.922.9405 or stylebymax.com

• inside weddings • spring 2007

close window



**EARRINGS**
18kt gold, Vicente
Agor, $540;
612-922-9405.

• instyle • may 2008

close window



5. Gold Moroccan Garden necklace
by Vicente Agor. $2,185 at Maruka Jewelry (SF).
415.399.1990

FASHION **TRENDS**

• marin • june 2008

close window



My wedding gown's neckline was somewhere between a bateau and a Sabrina, so my accessories were limited to earrings only. (We go through all the rules in BE JEWELED.) I think today I'd choose a V-neck, if only to wear this Vicente Agor pendant.

Moroccan Garden 18K gold pendant with carved rock crystal floral drop, $1,575, Vicente Agor, at Max's, 952-922-8364

• brides maryland • fall/winter 2008

close window



AMANDA WEARS a strapless
ivory silk organdy mermaid gown
with ruffled flounces and a satin
cabbage rose at the back. Vera
Wang. 18K gold earrings with
white topaz briolettes, Vicente
Agor, 800-721-AGOR. 18K gold
and diamond ring. Precision Set,
Robbins Diamonds, 800-777-4452.

• brides 6 regional covers    • fall/winter 2008

close window



reese witherspoon wears a vicente agor moroccan garden necklace

• ok • october 2008

close window



Real-life interpretations of celebrity jewels

Vicente Agor's line and the silver extravagant that is his inspiration. They retail for $800. **Vicente Agor**, Ft. Lauderdale, 877-563-1777, www.vicenteagor.com

**Mariah Carey** recently wore pearl, orange sapphire, and diamond chandelier earrings made by Zorab while filming her new music video "Obsessed" at The Plaza Hotel in New York.

64 | JCK September 2009 | jckonline

• jck • september 2009

close window