

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SOPHIA & CHLOE, INC.

          **Plaintiff,**

V.

BRIGHTON COLLECTIBLES, INC.

          **Defendant.**

Civil Action No.   12CV2472-AJB-KSC

**JUDGMENT IN A CIVIL CASE**

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of the Plaintiff and against the Defendant. Court awards statutory damages to the Plaintiff Sophia & Chloe, Inc. in the amount of $203,571.00.

Date:   11/20/15

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ Y. MADUENO

Y. MADUENO, Deputy